**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| **BMO BANK, N.A.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **No. 1:24-cv-01089-STA-jay** |
| | ) | |
| **LEN SNYDER TRUCKING, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFAULT JUDGMENT
ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is Plaintiff BMO Bank, N.A.'s Motion for Default Judgment (ECF No. 13).   The Court referred the Motion to the United States Magistrate Judge. On September 16, 2024, the Magistrate Judge issued a report and recommendation (ECF No. 17) that the Court grant Plaintiff's Motion for Default Judgment.   More specifically, the Magistrate Judge recommended that the Court award BMO damages in the amount of $413,441.68 as of January 31, 2024, with interest accruing thereon in the amount of $194.51 per diem, plus post-judgment interest. Defendant Len Snyder Trucking, LLC had 14 days from the service of the Magistrate Judge's report in which to file objections.   Defendant has not objected to the report and its recommended conclusions of law, and the time to object has now expired.

The Magistrate Judge has recommended that the Court grant Plaintiff's Motion for Default Judgment pursuant to 28 U.S.C. § 636(b)(1)(B).   While "a district judge must determine de novo any part of a Magistrate Judge's disposition that has been properly objected to," Fed. R. Civ. P.

1

72(b); 28 U.S.C. § 636(b)(1)(C), the district court is not required to review (under a de novo or any other standard) "any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). The district court should adopt the findings and rulings of the Magistrate Judge to which no specific objection is filed. *Id.* at 151.

In the absence of any objection to the Magistrate Judge's recommendation, the Court hereby **ADOPTS** the Magistrate Judge's report and recommendation. Plaintiff's Motion for Default Judgment is **GRANTED**. Plaintiff is awarded damages in the amount of $413,441.68 as of January 31, 2024, with interest accruing thereon in the amount of $194.51 per diem, plus post-judgment interest. Plaintiff is ordered to file a fee petition within fourteen (14) days of the entry of this order.

**IT IS SO ORDERED.**

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: October 10, 2024